**The People of the State of Illinois, appellee, v. Al Kruger, alias Al Bodman, appellant.**

Bastardy proceedings. Judgment of filiation. Appeal from the County Court of Madison county; the Hon. Wilbur A. Trares, Judge,

presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

Harry Faulkner, for appellant. Roscoe Forth, for appellee.

Mr. Justice Newhall delivered the opinion of the court.